HERBERT ALTMAN et al., Appellants, v NEW YORK BOARD OF TRADE, INC., Respondent, et al., Defendant.

Submitted March 9, 2009; decided April 30, 2009

Motion for reargument of motion for leave to appeal denied [see 11 NY3d 912 (2009)].

Chief Judge LIPPMAN taking no part.

DENISE BAGOT, Respondent, v KULBIR KAUR SINGH et al., Appellants.

Submitted March 2, 2009; decided April 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of ISAIAS BERMUDEZ, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted March 9, 2009; decided April 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.